Case No: 14-62344 MAW Judge: MARY ANN WHIPPLE  
Case Name: J. PERRY INC,  

Trustee Name: ANNE PIERO SILAGY Trustee  
Date Filed (f) or Converted (c): 10/27/14 (f)  
341(a) Meeting Date: 12/16/14  
Claims Bar Date: 05/13/15  

For Period Ending: 09/30/22

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FirstMerit Location: In debtor's possession | 119.00 | 1,000.00 | | 1,000.00 | FA |
| 2. Ofifce Equipment See Attached Sheet Location: In d attached sheet not attached | 0.00 | 0.00 | | 0.00 | FA |
| 3. LIQUOR LICENSE (u) | 0.00 | 10,000.00 | | 0.00 | FA |
| 4. Dairy Enterprise (u) added on amended schedules on 2/09/2015 | 42,294.34 | 0.00 | | 0.00 | FA |
| 5. BANK ACCOUNT (u) | 0.00 | 330.56 | | 330.56 | FA |
| 6. ACCOUNTS RECEIVABLE (u) | 0.00 | 17.42 | | 17.42 | FA |
| 7. TAX REFUNDS (u) | 0.00 | 2,292.85 | | 2,292.85 | FA |

TOTALS (Excluding Unknown Values)     $42,413.34     $13,640.83     $3,640.83

Gross Value of Remaining Assets $0.00  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

AWAITING FINAL TAX RETURN  
AMENDED MOTION FOR 2004 EXAM FILED 10/19/18 FOR CORPORATE OFFICERS , 2004 EXAM SCHEDULED 11/27/2018  
ORDER FOR 2004 EXAMINATION OF CORPORATE OFFICERS ENTERED 9/21/2018  
REVIEWING TAX RETURN ISSUES  
TFR TO BE SUBMITTED.  LIQUOR LICENSE EXPIRED WITHOUT OFFER.  
ATTEMPTING TO LOCATE PURCHASER FOR LIQUOR LICENSE.  NO BUYER  FOUND YET 10/01/15  
ORDER ON APPLICATION FOR SPECIAL COUNSEL ENTERED 02/24/2015. ORDER FOR TURNOVER OF FUNDS ENTERED 02/25/2015

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 12/31/22

LFORM1     Ver: 22.07a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 14-62344 -MAW | Trustee Name: | ANNE PIERO SILAGY Trustee |
|---|---|---|---|
| Case Name: | J. PERRY INC, | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | *******1747 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0332 | | |
| For Period Ending: | 09/30/22 | Blanket Bond (per case limit): | $ 740,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/03/15 | 1 | FOOD 4 LESS | BANK ACCOUNT | 1129-000 | 1,000.00 | | 1,000.00 |
| 02/26/15 | 001001 | OHIO DIVISION OF LIQUOR CONTROL<br>6606 TUSSING RD<br>REYNOLDSBURG, OHIO 43068-9005 | LICENSE RENEWAL | 2990-000 | | 690.80 | 309.20 |
| 03/30/15 | 5 | J. PERRY<br>FOOD 4 LESS | BANK ACCOUNT | 1229-000 | 254.11 | | 563.31 |
| 03/30/15 | 5 | J. PERRY<br>FOOD FOR LESS | BANK ACCOUNT | 1229-000 | 76.45 | | 639.76 |
| 04/24/15 | 6 | CORE-MARK | ACCOUNTS RECEIVABLE | 1221-000 | 7.80 | | 647.56 |
| 05/01/15 | 6 | CORE MARK | ACCOUNTS RECEIVABLE | 1221-000 | 9.62 | | 657.18 |
| 01/25/18 | 7 | State of Ohio<br>Taxation - Business<br>PO BOx 530<br>Columbus, OH 43216-0530 | TAX REFUND | 1224-000 | 733.32 | | 1,390.50 |
| 05/15/18 | 7 | TAXATION- BUSINESS TAX<br>PO BOX 530<br>COLUMBUS, OHIO 43216-0530 | TAX REFUND | 1224-000 | 1,559.53 | | 2,950.03 |
| 04/11/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 2,950.03 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 3,640.83 | 3,640.83 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 2,950.03 | |
| Subtotal | 3,640.83 | 690.80 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,640.83 | 690.80 | |

Page Subtotals: 3,640.83    3,640.83

Ver: 22.07a

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-62344 -MAW | | Trustee Name: | ANNE PIERO SILAGY Trustee |
| Case Name: | J. PERRY INC, | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1032  Checking Account |
| Taxpayer ID No: | *******0332 | | | |
| For Period Ending: | 09/30/22 | | Blanket Bond (per case limit): | $ 740,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/11/19 | | Trsf In From BOK FINANCIAL | INITIAL WIRE TRANSFER IN | 9999-000 | 2,950.03 | | 2,950.03 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 2,950.03 | 0.00 | 2,950.03 |
| Less:  Bank Transfers/CD's | 2,950.03 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********1747 | 3,640.83 | 690.80 | 0.00 |
| Checking Account - ********1032 | 0.00 | 0.00 | 2,950.03 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 3,640.83 | 690.80 | 2,950.03 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ ANNE PIERO SILAGY Trustee   Date: _____
ANNE PIERO SILAGY TRUSTEE

Page Subtotals    2,950.03    0.00

LFORM24

Ver: 22.07a